UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CADLES OF GRASSY MEADOWS II, LLC, | ) |
| Appellant, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 4:14-CV-86-FL |
| JAMES E. COFIELD, JR., | ) |
| Appellee. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's appeal of the bankruptcy court's order denying appellant's motion for summary judgment in adversary proceeding No. 12-00227-8-SWH, 2014 WL 879684 (Bankr. E.D.N.C. Mar. 5, 2014), which the court construes as a motion for leave to appeal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 24, 2014, and for the reasons set forth more specifically therein, that the court denies plaintiff's motion for leave to appeal. Plaintiff's appeal accordingly is dismissed for lack of jurisdiction.

**This Judgment Filed and Entered on November 24, 2014, and Copies To:**

Susan Elizabeth Driscoll (via CM/ECF Notice of Electronic Filing)
Travis Philip Sasser (via CM/ECF Notice of Electronic Filing)

November 24, 2014      JULIE A. RICHARDS, CLERK
                       /s/ Christa N. Baker
                       (By) Christa N. Baker, Deputy Clerk